Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DALE TERRELL #92440 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-CV-03003-JWL |
| ) | |
| JEREMY BAKER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME**
(Pursuant to Fed.R.Civ.P. 6(b) and D.Kan. Rule 114)

COMES NOW Jon Graves, Legal Counsel, Department of Corrections, and respectfully moves the Court for an extension of time in which to prepare the Martinez Report. Counsel's appearance in this action is solely for the limited purpose of seeking an extension of time in which to prepare the Martinez v. Aaron investigative report ordered by this Court. In support of this motion, counsel would show the Court as follows:

1. Pursuant to order of this Court dated January 23, 2025, a Martinez Report is to be prepared by the Department of Corrections.

2. That this is counsel's first request for an extension in this matter.

3. An extension of an additional 30 days to complete the Martinez Report is needed.

4. This Martinez report involves a claim that defendants used excessive force against plaintiff, an inmate in the custody of the State of Kansas, Secretary of Corrections.

5. Counsel has gathered what is believed to be all the relevant documents and records and has identified the witnesses who are expected to provide needed affidavits, but has not yet interviewed these witnesses or otherwise obtained these affidavits. Counsel was called on by the Court to prepare on an accelerated schedule a Martinez report on an unrelated prison case, which necessarily took precedent over this case.

5. Counsel is sending plaintiff pro se notice by mail that counsel will seek this extension, but has not directly consulted with plaintiff pro se by telephone at his housing location at the Larned State Correctional Facility before filing this motion. Counsel attempted to speak to plaintiff by telephone and will continue to attempt to do so if plaintiff is able to receive a phone call.

6. A proposed order granting counsel an extension of time accompanies this motion.

WHEREFORE, counsel respectfully moves the Court for an order enlarging the amount of time in which to prepare the Martinez Report by thirty (30) days, being on or before April 24, 2025.

Respectfully submitted,

Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility

        P.O. Box 1568
        Hutchinson, KS 67504-1568
        (620) 625-7253
        Jon.Graves@ks.gov
        **Attorney for Interested Party**


        /s/ Jon D. Graves
        Jon D. Graves


## CERTIFICATE OF SERVICE

     I hereby certify that on March 14, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Dale Terrell #92440
    Larned State Correctional Facility
    1318 KS Hwy 264
    Larned, KS 67550

        **PLAINTIFF PRO SE**


        /s/ Jon D. Graves_____
        Jon D. Graves