IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DALE JEROME TERRELL,

    **Plaintiff,**

    v.                                                      CASE NO. 25-3003-JWL

(FNU) MUNK, et al.,

    **Defendants.**

## ORDER

Plaintiff, Dale Jerome Terrell, who is currently incarcerated at the Larned State Correctional Facility in Larned, Kansas, brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. On January 23, 2025, the Court entered a Memorandum and Order (Doc. 5) ("M&O") finding that that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate Kansas Department of Corrections ("KDOC") officials and ordering the preparation of a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 16).

The motion seeks to file Exhibits 18, 21, 22, 23, 24, and 25 to the Report under seal and conventionally. Exhibit 18 consists of Plaintiff's medical records and includes Plaintiff's date of birth. The exhibit is too large to file electronically. Exhibits 21 through 25 are videos of the use of force on September 30, 2024, and contain nudity. The motion also seeks to file Exhibit 26 under seal. It is a staff read only policy, and for the safety and security of the facility, Plaintiff will not be allowed to see the policy. The motion is granted.

1

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 16) is **granted.**

**IT IS FURTHER ORDERED** that Exhibits 18, 21, 22, 23, 24, and 25 to the *Martinez* Report shall be filed under seal and conventionally.

**IT IS FURTHER ORDERED** that Exhibit 26 to the *Martinez* Report shall be filed under seal and Plaintiff shall not be allowed to view the exhibit. Exhibit 26, provisionally sealed at Doc. 15, shall remain under seal. The Clerk is directed to remove the provisional designation from Doc. 15.

**IT IS SO ORDERED**.

Dated April 22, 2025, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**