# AFFIDAVIT

**State of Kansas**    )
                       )  ss:
**County of Pawnee**   )

I, Moshe Goldman, Corrections Officer IB, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Moshe Goldman and I am a Corrections Officer IB at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since September 25, 2023.

2. I understand that plaintiff inmate Dale Terrell (Terrell) has named me as a defendant in his lawsuit regarding a use of force on September 30, 2024.

3. There were two uses of force conducted against Terrell that afternoon. The first began at around 1 p.m. and the second began just after 5 p.m. I was involved in the second one. Terrell was to be moved to a different segregation cell after damaging his cell, tearing off a receptacle cover, which cover and attached hardware became a weapon, and flooding his cell.

4. At that point Mr. Terrell, was moving around his cell with the weapon of the receptacle cover and the attached material. As I recall, he was acting threatening and making loud threats. I had a helmet on and my ability to hear and see everything from several feet back was somewhat impaired.

5. I observed Corrections Officer Tania Zubia negotiate with Terrell to submit to restraints so he could be moved, but her negotiations failed after three minutes.

6. Kenneth Swinney was the first person in one minute later at 5:02 p.m.. He had the shock shield and immediately knocked Mr. Terrell down and stayed on top of him, shocking him intermittently. I was securing Mr. Terrell's ankle and then assisted in placing the restraints on both. As we were doing this, Mr. Terrell was struggling and was wet and slippery. When he was shocked I was also being shocked.

7. Mr. Terrell was moved to another cell and his ankle restraints were removed. Then he started banging his head on the wall. He was again restrained at 5:25 p.m. and healthcare was contacted. Mr. Terrell was moved next door to be placed on a clinical restraint bed. I assisted by holding Mr. Terrell's left ankle and by securing it to the restraint bed.

8. While the first part of the forced cell move was taking place, things moved very fast. Mr. Terrell was hard to hold onto because he was wet and struggling. I saw nothing that made me think that Kenneth Swinney was purposely attempting to injure Mr.

EXHIBIT S1

Terrell using the shock shield as a weapon to strike Mr. Terrell. Everyone involved with that forced cell move was following our training to minimize any trauma to Mr. Terrell. I saw nothing being done by Mr. Swinney that was excessive or outside our training and there nothing occurred which compelled me to interfere with Mr. Swinney's efforts to help restrain Mr. Terrell.

9. I am attaching the Narrative Report I completed after my participation in the use of force was conducted to this affidavit and labelling it "Exhibit A"

10. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Moshe Goldman

Subscribed and sworn to before me this 13th day of May, 2025.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
CYNTHIA GORE
My Appt Expires 5-18-26

| Larned State Correctional Facility |
|---|
| **NARRATIVE REPORT** |

Page __1__ of __1__

Date: 9/30/24

TO: CSIII Crosby

FROM: COI Goldman, Moshe

Report # 2025 - OF - 0008

SUBJECT: Planned Use of Force on Terrell, Dale #92440

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V,P,W | E/R | Full Name | Resident # | V,P,W | E/R |
|---|---|---|---|---|---|---|---|
| Terrell, Dale | 92440 | P | R | COI Younger, David | | W | E |
| CSI Munk, Andrew | | W | E | COI Goldman, Moshe | | W | E |
| CSI Swinney, Kenneth | | W | E | Williams, Caroline RN | | W | E |
| COII Tudor, David | | W | E | | | | |

*Check appropriate box(es) below:*

☐ Supplement to Incident Report                     ☐ Information - <u>Response requested</u>

☒ Supplement to Use of Force Report

☐ Supplement to Disciplinary Report                ☐ Information - <u>NO response requested</u>

On, September 30th, 2024, I, COI Goldman, Moshe assisted in a planned use of force on Inmate Terrell, Dale #92440. At approximately 1702, I entered cell I-2, grabbed Terrell's ankles one by one, and placed them in leg irons. I assisted in transporting Terrell to C-1 at approximately 1710. While Terrell's restraints were being removed, he started banging his head against the wall. We restrained Terrell again, then waited until approximately 1725, when he was placed on Clinical Restraint Placement. We then moved Terrell to C-4, where I restrained his left ankle in the restraint bed.

*(Attach additional pages as needed)*

State ID #: K0000253416

Signature: *COI Goldman*

Printed Name: COI Goldman, Moshe

☐ Warden/DW      ☐ MH         ☐ Maintenance
☐ I&I            ☐ Food Serv
☐ UTM            ☐E ☐F1 ☐F2 ☐F3 ☐F4 ☐South Unit
☐ Class Administrator    Other: Clinic - COU

Supervisory Action Taken: _____

Supervisor's Signature

Shift Office/Forms/Reports 7/02 Revised 08/05/21

EXHIBIT __A__