# AFFIDAVIT

State of Kansas    )
                   )   ss:
County of Pawnee   )

I, David Tudor, Corrections Officer II, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is David Tudor and I am a Corrections Officer II at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since September 11, 2023, as a rehire.

2. I understand that plaintiff inmate Dale Terrell (Terrell) has named me as a defendant in his lawsuit regarding a use of force on September 30, 2024.

3. There were two uses of force conducted against Terrell that afternoon. The first began at around 1 p.m. and the second one began around 5 p.m.. I was involved in the second one. Terrell was to be moved out of one segregation cell to another because he had damaged and flooded the cell he was in.

4. I first watched as Corrections Officer Tania Zubia negotiated with plaintiff to be restrained and moved from his clinic cell after he ripped the outlet off his wall and refused to be restrained and moved. Negotiations began at 4:58 p.m. and were determined to have failed at 5:01 p.m. and the team entered the cell within a minute after that.

5. Kenneth Swinney was the first man to enter the cell and he had the shock shield. I was the third man to enter the cell and was responsible for controlling Terrell's right arm. I maintained contact with his right arm until it was restrained.

6. Mr. Terrell was placed in a wheelchair and moved to a different segregation cell. He was moved into the cell, his leg restraints were removed. I exited the cell and the door was closed with the expectation that Mr. Terrell would back up to the food port to have his hand restraints removed, but that did not happen.

7. Mr. Terrell backed up to the door to have his handcuffs removed, but then resisted. I tried to control the handcuffs and my left index finger was injured.

8. The team re-entered the cell to help control the inmate until Mr. Terrell de-escalated. I left the cell again. Then Mr. Terrell started to bang his head on the wall, so the team re-entered the cell again to gain control of Mr. Terrell.

9. The healthcare provider was contacted and, after he calmed down, Mr. Terrell was placed on Crisis Level 4 status and moved to a cell with a restraint bed. I assisted in controlling plaintiff's right wrist and ankle until Mr. Terrell was restrained on the

EXHIBIT 52 

bed.

10. I understand I am named as a defendant because I failed to restrain Kenneth Swinney from injuring Mr. Terrell with the shock shield. I did not restrain Mr. Swinney nor did I see anything that required restraining him. Apparently Mr. Terrell received a small scratch on his left cheek from the shock shield. I was on Mr. Terrell's right side and didn't see that actually happen. I know Mr. Terrell was struggling and was wet and very slippery. We were all trying to restrain Mr. Terrell without hurting him and I think that was accomplished.

11. I am attaching the Narrative Report I completed after my participation in the use of force was conducted to this affidavit and labelling it "Exhibit A"

12. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
David Tudor

Subscribed and sworn to before me this 13th day of May, 2025.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
RACHAEL DICKSON
My Appt Expires 12-17-25

*Larned State Correctional Facility*
**NARRATIVE REPORT**

Page 1 of 1

TO: shift office
Date: 9/30/24

FROM: COII Tudor David
Report # 2025 - 08 - 0008

SUBJECT: UOF on Terrell, Dale #92440

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V,P,W | E/R | Full Name | Resident # | V,P,W | E/R |
|---|---|---|---|---|---|---|---|
| Terrell, Dale | 92440 | P | R | Swinney, Kenneth | | W | E |
| Munk, Andrew | | W | E | Tudor, David | | W | E |
| Younger, David | | W | E | Goldman, Moshe | | W | E |
| Williams, Caroline | | W | E | | | | |

Check appropriate box(es) below:

☐ Supplement to Incident Report
☒ Supplement to Use of Force Report
☐ Supplement to Disciplinary Report

☐ Information - Response requested
☐ Information - NO response requested

On 9/30/24 around 1658 hrs I COII Tudor, David was the third man in a use of force against resident Terrell, Dale #92440 in I-2 clinic. Upon entering the room I gain control of resident Terrell right arm. He went to the floor where I maintained contact with his right arm untill he could be controlled by his extrimities. When extremities were controled I assisted in restraining his right arm. He was placed in a wheelchair and moved to COU C-1 where he was placed and leg restraints removed. I exited the cell and when he was backed up to the door I tried to control the wrist restaints through the wicket at which time he resisted again and injured my left index finger. I entered back into the cell to assist and after he de-escalated I exited the cell again. When he was backed up to the door for removal of wrist restaints he began hitting his head on the wall. The use of force team went back in to gain control of him. After consultation with RN Williams, Caroline he was place on Crissis level 4 and placed in the restraint bed. When putting him in the bed I assisted with restraining the right ankle and right wrist. RN Williams then came in to assess him. During the use of force I sustained a small laceration on my left index finger. Work compensation paperwork was filled out. End of report

(Attach additional pages as needed)

State ID #: K0000187462

Signature

COII Tudor, David
Printed Name

☐ Warden/DW  ☐ MH
☐ I&I  ☐ Food Serv  ☐ Maintenance
☐ UTM  ☐ E ☐ F1 ☐ F2 ☐ F3 ☐ F4 ☐ South Unit
☐ Class Administrator  Other:
Supervisory Action Taken: _____

Supervisor's Signature

Shift Office/Forms/Reports 7/02 Revised 08/05/21

EXHIBIT A