# AFFIDAVIT

State of Kansas      )
                     )   ss:
County of Pawnee     )

I, David Younger, Corrections Officer IB, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is David Younger and I am a Corrections Officer IB at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since January 16, 2024.

2. I understand that plaintiff inmate Dale Terrell (Terrell) has named me as a defendant in his lawsuit regarding a use of force on September 30, 2024.

3. There were two uses of force conducted against Terrell that afternoon. The first began at around 1 p.m. I was involved in the second one that began just after 5 p.m. when Mr. Terrell was moved from one clinic cell to another after he had torn out an outlet and flooded the cell..

4. I first watched Corrections Officer Tania Zubia attempt to negotiate with Mr. Terrell to submit to restraints and to then be moved. The negotiations began at 4:58 p.m. and were deemed to have failed at 5:01 p.m.

5. At 5:02 p.m. I entered Mr. Terrell's cell and was responsible for controlling plaintiff's left leg. Plaintiff resisted the attempt to restrain him. I applied pressure to plaintiff's knee and Achilles tendon until plaintiff submitted to the restraint.

6. Mr. Terrell was struggling, wet and slippery as this was occurring. I did not see Mr. Terrell being injured by the shock shield and did not observe Kenneth Swinney do anything inappropriate with the shock shield he was utilizing.

7. I assisted in moving Mr. Terrell to the Close Observation Unit once he was removed from the clinic cell where he had pulled a receptacle off the wall and flooded the cell. I saw Mr. Terrell strike his head on the wall three times and also heard plaintiff state he was going to commit suicide by striking his head on the toilet as soon as the team left.

8. After trying to calm Mr. Terrell and obtaining a direction from the healthcare provider that Mr. Terrell was changed to a Crisis Level 4 status, I assisted in escorting him to the clinic cell with the restraint bed. I observed Mr. Terrell being placed into the bed and secured to it.

EXHIBIT 53

9. I am attaching the Narrative Report I completed after my participation in the use of force was conducted to this affidavit and labelling it "Exhibit A"

10. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
David Younger

Subscribed and sworn to before me this __14th__ day of __May__, 2025.

NOTARY PUBLIC - State of Kansas
CARLA LILE
My Appt Expires  12-11-2027

_____
Notary Public

**Larned State Correctional Facility**
**NARRATIVE REPORT**

Page __1__ of __1__

Date: __30 September 2024__

TO: Shift Offic

FROM: COI Younger, David

Report # __2025__ - __08__ - __0008__

SUBJECT: Terrell, Dale 92440

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V, P, W | E/R | Full Name | Resident # | V, P, W | E/R |
|---|---|---|---|---|---|---|---|
| Terrell, Dale | 92440 | P | R | Tudor, David COII | N/A | W | E |
| Younger, David COI | N/A | W | E | Goldman, Moshe COI | N/A | W | E |
| Munk, Andrew CSI | N/A | W | E | Romine, Ashley RN | N/A | W | E |
| Swinney, Kenneth CSI | N/A | W | E | Williams, Carloine RN | N/A | W | E |

Check appropriate box(es) below:

☐ Supplement to Incident Report
☒ Supplement to Use of Force Report
☐ Supplement to Disciplinary Report

☐ Information - Response requested
☐ Information - NO response requested

On 30 September 2024 at 1702 hours, I COI Younger was responsible for the lower left appendage during a planned use of force on resident Terrell, Dale 92440. I entered Isolation cell 2 where I maintained control of the left lower appendage. Resident Terrell resisted being restrained. I applied pressure point control behind the left knee and behind the achillies tendon of his left foot until he submitted to restraint. I then helped escort resident Terrell to the Close Observation Unit to secure him initially in C1. I witnessed him strike his own head against the wall three times and state that he was going to committ suicide by striking his head on the toilet the moment we leave. I then assisted in escorting him to COU cell C4 and witnessed him be placed in the restraint bed.

(Attach additional pages as needed)

State ID #: K0000236094

Signature: *COI Younger*
Printed Name: COI David Younger

☐ Warden/DW     ☐ MH          ☐ Maintenance
☐ I&I           ☐ Food Serv
☐ UTM           ☐ E ☐ F1 ☐ F2 ☐ F3 ☐ F4 ☐ South Unit
☐ Class Administrator     Other:

Supervisory Action Taken: _____

Supervisor's Signature

Shift Office/Forms/Reports 7/02  Revised 08/05/21

EXHIBIT __A__