# AFFIDAVIT

State of Kansas        )
                       )        ss:
County of Pawnee       )

I, Miranda Schmidt, Special Agent, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").

2. I am the keeper of records relating to uses of force which occurred at Larned State Correctional Facility ("LSCF"), among other records.

3. I searched the record for Photographs of Inmate Dale Terrell KDOC number 92440 which related to uses of force numbers 12-08-0007 and 25-08-0008 and found 12 taken by various staff between September 30, 2024, and October 2, 2024. The digital metadata tells me the date and time each picture was taken. I will attach them below in the chronological order they were taken and also listing the date and time each photo was taken.

    SA.    Picture of Terrell in wheelchair after first use of force taken at 1:26 p.m. On 9/30/24
    SB.    Picture of Terrell on restraint bed taken at 5:49 p.m. on 9/30/24
    SC.    Close up of Terrell on restraint bed taken at the same time
    SD.    Picture of Terrell on restraint bed shortly before being released to a cell taken at 6:24 p.m. on 9/30/24
    SE.    Picture of Terrell in cell after being released from restraint bed taken at 6:31 p.m. on 9/30/24
    SF.    Picture of Terrell in cell sleeping taken at 1:31 a.m. on 10/1/24
    SG.    Picture of Terrell in cell standing taken at 1:38 p.m. on 10/1/24
    SH.    Picture of Terrell in cell sleeping with taken at 5:29 p.m. On 10/1/24
    SI.    Picture of Terrell in cell sleeping taken at 1:57 a.m. on 10/2/24
    SJ.    Picture of Terrell in cell sleeping taken at 5:21 a.m. on 10/2/24
    SK.    Picture of Terrell in cell sleeping taken at 1:22 p.m. on 10/2/24
    SL.    Picture of Terrell standing in cell taken at 5:21 p.m. on 10/2/24

FURTHER AFFIANT SAITH NOT!

EXHIBIT 54

Miranda Schmidt

Subscribed and sworn to before me this _____ day of _May_, 2025.

Notary Public

NOTARY PUBLIC - State of Kansas
CYNTHIA GORE
My Appt Expires 5-18-26



EXHIBIT *SA*









EXHIBIT SE



EXHIBIT SF



EXHIBIT SG



EXHIBIT SH



**EXHIBIT** S I



EXHIBIT SJ



EXHIBIT SK



EXHIBIT _SL_