For the district of kansas

FILED

JUL 07 2025

Clerk, U.S. District Court
By: _____ Deputy Clerk

Dale Terrell )
    Plaintiff )
    )
     V )
munk, and sweeny ) Case Number 25-cv-03003-JWL
    Defendant )
    )

Motion for address Change.

Comes Now Dale Terrell Pro se Plaintiff to request thats the Courts do a change off address due to my recent release from Prison. The Plaintif request that all legal documents be mailed to 1500 south west Van buren Apartment number 1.

X   Conclusion.

Plaintiff is Puttiny this motion for a Change of address in the united State Postal service.

(Respectfully submitted

D. _____

Dale Terrell