Exhibit 1     4 of 4

Using an electric shield (or any electrical stun device like a Taser) on an inmate while they are in water carries significant risks and is generally prohibited or subject to strict limitations in correctional settings.

Here's a breakdown of the dangers:

- **Increased conductivity and electric shock:** Water, especially with dissolved salts and minerals, becomes a conductor of electricity. Introducing an electrical current into the water could increase the risk of a dangerous or even fatal electric shock.
- **Paralysis and drowning:** Electric shocks can cause paralysis or incapacitation, making it impossible for the individual to swim or remove themselves from the water, which can lead to drowning.
- **Serious physical injury:** High-voltage shocks in water can cause severe tissue damage, burns, organ failure, cardiac arrest, and brain damage.
- **Potential for excessive force:** The use of electrical stun devices in such a scenario raises concerns about excessive force and its potential for abuse and causing intentional pain, intimidation, or degradation.
- **Legal ramifications:** The use of an electric shield in this context could lead to legal action, including lawsuits against correctional officers and the facility, and potentially criminal charges.

**Important note:** Correctional officers are typically authorized to use force only when reasonably necessary for self-defense, to protect others, maintain security, or prevent escape. Excessive force is not tolerated, and officers have an affirmative duty to intervene to prevent or stop any fellow employee from engaging in excessive force. Many jurisdictions have specific protocols regarding the use of conducted energy weapons (CEWs), also known as electric shields or Tasers, in a custodial setting, which emphasize the need to assess the situation, consider less-lethal options, provide warnings, and avoid targeting sensitive areas like the chest.